FILED'08 SEP 30 10:07usDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVID KING, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-6171-JO |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED the Commissioner's final decision is reversed and this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits consistent with this court's opinion and order of this date.

DATED this 30 day of September, 2008.

ROBERT E. JONES
U.S. District Judge