Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'09 JAN 20 15:18 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID KING

    Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 07-6171-JO

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,072.20 for Equal Access to Justice Act (EAJA) attorney fees and costs of $175.00 to Plaintiff's attorney and mailed to Plaintiff's attorney at PO Box 98, Summertown, TN 38483.

It is so ordered:

DATED Jan 20, 2009

United States District Court Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER